

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Rafael Alvarez<br>DEFENDANT(S). | CASE NUMBER<br><br>10-1577M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Plaintiff's Counsel__, IT IS ORDERED that a detention hearing is set for __7/29/2010__, _____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __John E. McDermott__, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal ~~or~~ _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __7/28/2010__                    _/s/ John E. McDermott_
                                          U.S. District Judge/Magistrate Judge